**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 608 WAL 2014
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v.          :
:
:
:
ORVAL WALTER WATSON, JR.,    :
:
             Petitioner    :


## ORDER


**PER CURIAM**

      **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.